IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEROME FITZGERALD STOKES,<br><br>Plaintiff,<br><br>v.<br><br>G. MICHAEL WESTFALL, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:20-cv-00100-DN<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Magistrate Judge Jared C. Bennett entered a Report and Recommendation recommending the dismissal with prejudice of Plaintiff's action.[1]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b). No party filed a written objection to the Report and Recommendation.

THEREFORE, IT IS HEREBY ORDERED that the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation[2] is adopted in its entirety. Plaintiff's action is DISMISSED WITH PREJUDICE.

Signed January 20, 2021.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 10, filed Dec. 17, 2020.

[2] *Id*.